AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

FINJAN SOFTWARE, LTD.,

**SUMMONS IN A CIVIL CASE**

V.

ALADDIN KNOWLEDGE SYSTEMS,
INC., ALADDIN KNOWLEDGE
SYSTEMS LTD., and DOES 1 THROUGH
100,

CASE NUMBER: 08-300-GMS

TO: (Name and address of Defendant)

ALADDIN KNOWLEDGE SYSTEMS, INC.
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  6/26/08

| Attorney or Party without Attorney:<br>KING & SPALDING<br>1000 BRIDGE PARKWAY, STE. 100<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-590-0700     FAX No: 650-590-1900 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE | |
| Plaintiff: FINJAN SOFTWARE, LTD., | |
| Defendant: ALADDIN KNOWLEDGE SYSTEMS, INC.; ET AL | |

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08-300-GMS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR PATENT INFRINGEMENT

3. a. Party served: ALADDIN KNOWLEDGE SYSTEMS, INC. C/O REGISTERED AGENT, THE PRENTICE-HALL CORPORATION SYSTEM, INC.
   b. Person served: MAUREEN COGAN, AGENT AUTHORIZED TO ACCEPT @ THE PRENTICE-HALL CORPORATION SYSTEM, INC.

4. Address where the party was served: 80 STATE STREET
   ALBANY, NY 12207

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 26, 2008 (2) at: 3:21PM

7. Person Who Served Papers:
   a. JAMES PERONE

   A & A LEGAL SERVICE

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Independant Contractor/Out of State

DEBORAH A. BOTTISTI
Notary Public, State Of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 2010

Date: Fri, Jun. 27, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

(JAMES PERONE)

5900700.46692