AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FINJAN SOFTWARE, LTD.,

ALIAS **SUMMONS IN A CIVIL CASE**

V.

ALADDIN KNOWLEDGE SYSTEMS, INC., ALADDIN KNOWLEDGE SYSTEMS LTD., and DOES 1 THROUGH 100,

CASE NUMBER: 08-300-GMS

TO: (Name and address of Defendant)

ALADDIN KNOWLEDGE SYSTEMS, LTD.
c/o Secretary of State, State of Delaware
Townsend Building, Dover, DE 19901

ALADDIN KNOWLEDGE SYSTEMS, LTD.
35 Efal St., Kiryat Arye,
Petach Tikva, Israel 49511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

(By) DEPUTY CLERK

DATE 7/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE July 15 2008 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Secretary of State, 401 Federal Street Dover DE 19901. Service was Accepted by Peattrice Jonason at 2:38 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 15 2008
             Date

Signature of Server: Edward J Jones I

Address of Server: 15 East North Street Dover DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.