

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
302 984-6140 Direct Phone
302 658-1192 Fax
provner@potteranderson.com

July 15, 2008

**BY E-FILE AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

     Re:    Finjan Software, Ltd. v. Aladdin Knowledge Systems, Inc., et al.,
            D. Del., C.A. No. 08-300-GMS

Dear Dr. Dalleo:

        Pursuant to Rule 4(f)(2)(C)(ii), I wish to serve process upon defendant Aladdin Knowledge Systems, Ltd. which is an Israeli corporation. Pursuant to this Rule, I am forwarding to you a copy of the Complaint and Summons in the above-captioned action which I wish to have you forward together with a Magistrate Consent Form to the aforesaid non-resident defendant by registered mail, return receipt requested, at the following address:

                Aladdin Knowledge Systems Ltd.
                35 Efal Street
                Kiryat Arye
                Petach Tikva, Israel 49511

I enclose my Affidavit on service, a pre-addressed envelope and a completed international form for registered mail, return receipt requested.

Dr. Peter T. Dalleo
July 15, 2008
Page 2

      At the appropriate time, I will have an employee of Parcels, Inc. accompany your deputy to the Post Office with funds to pay for the costs of mailing of the documents. I understand that thereafter your office will take care of executing an Affidavit of Mailing to which the Post Office receipt will be attached along with a copy of the cover letter.

                                  Very truly yours,

                                  Philip A. Rovner

PAR/mes/874124
Enc.