IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C. A. No. 08-300-GMS<br>ALADDIN KNOWLEDGE SYSTEMS, )<br>INC., a corporation; ALADDIN )<br>KNOWLEDGE SYSTEMS LTD., a )<br>corporation and DOES 1 THROUGH 100, )<br>)<br>Defendants. ) | |

### AFFIDAVIT OF PHILIP A. ROVNER

STATE OF DELAWARE      )
                      ) SS.
COUNTY OF NEW CASTLE  )

Philip A. Rovner, having been duly sworn does depose and say:

1. As a member of the Bar of this Court, I am an attorney and represent plaintiff Finjan Software, Ltd. in the above-captioned action.

2. Defendant Aladdin Knowledge Systems Ltd. is an Israeli corporation with its principal place of business at 35 Efal Street, Kiryat Arye, Petach Tikva, Israel 49511.

3. Plaintiff desires to serve process on defendant Aladdin Knowledge Systems Ltd. pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

4. I hereby certify that counsel have researched the issue and found that service of process by mail is an acceptable means of service in Israel.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>King & Spalding LLP<br>1000 Bridge Parkway, Suite 100<br>Redwood Shores CA, 94065<br>(650) 590-1900 | By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com |
| Dated: July 15, 2008 | *Attorneys for Plaintiff*<br>*Finjan Software, Ltd.* |

SWORN TO AND SUBSCRIBED before me this 15th day of July, 2008.

_____
Notary Public