IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Finjan Software, LTD. | ) | |
| | ) | |
| V. | ) | C.A. 08-300 GMS |
| | ) | |
| Aladdin Knowledge Systems, | ) | |
| Inc., Aladdin Knowledge Systems LTD., | ) | |
| Does 1 Through 100 | ) | |

### AFFIDAVIT

I, Schelley N. Stokes, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on July 16, 2008 by Registered Mail #RB972200385 U.S. Postal Service, to Aladdin Knowledge Systems Ltd., 35 Efal Street, Kiryat Arye, Petach Tikva, Israel 49511 the following documents:

a) Copy of Summons and Complaint served on the Secretary of the State of Delaware in connection with the above-captioned case; and

b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option

_____
Deputy Clerk, Schelley N. Stokes

Sworn to and subscribed before me
this 16th Day of July, 2008

_____
Ronald B. Eberhard

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 16, 2008

Aladdin Knowledge Systems Ltd.
35 Efal Street
Kiryat Arye
Petach Tikva, Israel 49511
REGISTERED MAIL
RETURN RECEIPT REQUESTED

    RE:    Finjan Software, LTD. v. Aladdin Knowledge Systems, Inc., Aladdin Knowledge Systems
              LTD., and Does 1 Through 100
              C.A. No. 08-300

Dear Sir/Madam:

    Enclosed please find a copy of the Summons and Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

    Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

    Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

              Philip A. Rovner (#3215)
              Potter Anderson & Corroon LLP
              1313 N. Market Street
              P.O. Box 951
              Wilmington, DE 19899

              Sincerely,

              BY:    PETER T. DALLEO
                         CLERK

cc:    Philip A. Rovner

| Registered No. RB972200385US | | Date Stamp |
|---|---|---|
| Reg. Fee $ | | |
| Handling Charge $ | $10.80 Return Receipt $ | 0501 |
| Postage $0.00 | Restricted Delivery $2.30 | JUL 16 2008 |
| Received by [signature] | $0.00 | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse) |

FROM: Clerk US Dist Ct
844 N. King St.
Wilmington DE 19801

TO: Aladdin Knowledge Sys Ltd
35 Efal St
Kiryat Arye
Petah Tikva Israel 49511

Long Arm 08-300

PS Form **3806**, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®