IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) ) |
| v. | ) C.A. No. 08-300-GMS ) ) JURY TRIAL DEMANDED |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS, LTD., a corporation; and DOES 1 THROUGH 100, | ) ) ) ) ) |
| Defendants/Counterclaim Plaintiffs. | ) ) |

### DEFENDANT ALADDIN KNOWLEDGE SYSTEM, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Aladdin Knowledge Systems, Inc. hereby states that it is a wholly owned subsidiary of Aladdin Knowledge Systems, Ltd., a private non-governmental party. Defendant Aladdin Knowledge Systems, Inc. further states that Aladdin Knowledge Systems, Ltd. has no parent corporation and that no publicly held company owns 10% or more of its stock.

OF COUNSEL:
Claude M. Stern, Esq.
Evette D. Pennypacker, Esq.
Quinn, Emanuel, Urquhart, Oliver
   & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000

Joshua Furman, Esq.
Quinn, Emanuel, Urquhart, Oliver
   & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Dated: July 21, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant
Aladdin Knowledge Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899

I hereby certify that on July 21, 2008, I sent by Federal Express and electronic mail the foregoing document to the following non-registered participants:

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA  94065

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com