IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS LTD., a corporation and DOES 1 THROUGH 100, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. 08-300-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF FINJAN SOFTWARE LTD.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Finjan Software, Ltd. discloses that it is a wholly-owned subsidiary of Finjan Software, Inc.

OF COUNSEL:

Paul J. Andre
King & Spalding LLP
1000 Bridge Parkway, Suite 100
Redwood Shores CA, 94065
(650) 590-1900

Dated: July 30, 2008

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
(302) 984-6000

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 30, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey L. Moyer, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
gaza@rlf.com

I hereby certify that on July 30, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Claude M. Stern, Esq.
Evette D. Pennypacker, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
evettepennypacker@quinnemanuel.com

Joshua Furman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
joshuafurman@quinnemanuel.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com