IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 08-300-GMS ) |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS, LTD., a corporation; and DOES 1 THROUGH 100, | ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel hereby moves the admission *pro hac vice* of Claude M. Stern, Evette D. Pennypacker and Joshua Furman to represent Defendants in this matter.

OF COUNSEL:
Claude M. Stern
Evette D. Pennypacker
Quinn, Emanuel, Urquhart, Oliver
  & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801- 5000

Joshua Furman
Quinn, Emanuel, Urquhart, Oliver
  & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Dated: August 4, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____                    _____
                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

                                            Claude M. Stern, Esq.
                                            Quinn, Emanuel, Urquhart, Oliver
                                                & Hedges LLP
                                            555 Twin Dolphin Drive, Suite 560
                                            Redwood Shores, California 94065

Dated: Aug. 1, 2008

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Evette D. Pennypacker, Esq.
Quinn, Emanuel, Urquhart, Oliver
  & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

Dated: July 31, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

                                                                                            _____
                                                                                            Joshua Furman, Esq.
                                                                                            Quinn, Emanuel, Urquhart, Oliver
                                                                                                & Hedges LLP
                                                                                            51 Madison Avenue, 22nd Floor
                                                                                            New York, New York 10010

Dated: 7/31/08

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899

I hereby certify that on August 4, 2008, I sent by Federal Express and electronic mail the foregoing document to the following non-registered participants:

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA  94065

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com