IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 08-300-GMS |
| v. | ) ) ) |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS LTD., a corporation and DOES 1 THROUGH 100, | ) ) ) ) ) |
| Defendants. | ) ) |

**AFFIDAVIT OF MAILING**

STATE OF DELAWARE        )
                                           ) ss:
COUNTY OF NEW CASTLE )

Philip A. Rovner, being duly sworn, deposes and says:

1.    I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am a partner in the law firm of Potter Anderson & Corroon LLP, counsel for Finjan Software Ltd., plaintiff herein.

2.    Defendant Aladdin Knowledge Systems, Inc., is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 *Del. C.* § 3104.

3.    On July 21, 2008, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Aladdin Knowledge Systems, Inc., 601 Campus Drive, Arlington Heights, IL 60004, informing defendant that process had been served pursuant to 10 *Del. C.* §

3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons and Complaint. The return receipt was received by Philip A. Rovner, Esq. on August 1, 2008, as evidenced by the return receipt attached as Exhibit A.

Dated: August 5, 2008

*[signature]*

SWORN AND SUBSCRIBED before me the day and year aforesaid.

*Mary Ellen Stachel [signature]*

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 7/28/08 |
| 1. Article Addressed to:<br>Aladdin Knowledge Systems Inc<br>601 Campus Dr.<br>Arlington Heights<br>IL 60004 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) RB 9722 00 496 US | |
| PS Form 3811, February 2004  Domestic Return Receipt  33073 | 102595-02-M-1540 |