IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| | ) | Civil Action No. 08-300-GMS |
| Plaintiff | ) ) | |
| v. | ) ) ) | |
| | ) | |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS LTD., a corporation and DOES 1 THROUGH 100, | ) ) ) ) ) | |
| Defendants. | ) | |

**REPLY TO COUNTERCLAIMS OF DEFENDANT
ALADDIN KNOWLEDGE SYSTEMS, INC.**

Plaintiff and Counterclaim Defendant, Finjan Software, Ltd. ("Finjan"), responds to the counterclaims, set forth by Aladdin Knowledge Systems, Inc. ("Aladdin USA") in the Answer and Counterclaims ("Counterclaims") as follows:

**I. REPLY**

1.      The allegations in Paragraph 1 of the Counterclaims are legal conclusions and do not require a responsive pleading.  To the extent a response is required, Finjan does not dispute that the Counterclaims purport to seek a declaratory judgment and there is an actual controversy between Finjan and Aladdin USA under the patent laws of the United States in Title 35 of the United States Code.

## PARTIES

2.  Finjan admits that Defendant Aladdin USA is a corporation organized and existing under the laws of the State of New York. Finjan denies the remaining allegations in Paragraph 2 of the Counterclaims on the basis that Finjan believes that Defendant Aladdin USA's headquarters are located at 601 Campus Drive, Arlington Heights, Illinois 60004, and not 601 Campus Drive, Chicago, Illinois 60004.

3.  Finjan admits the allegations of Paragraph 3 of the Counterclaims.

## JURISDICTION AND VENUE

4.  The allegations in Paragraph 4 of the Counterclaims are legal conclusions and do not require a responsive pleading. To the extent a response is required, Finjan does not dispute that the Counterclaims are brought under the patent laws of the United States in Title 35 of the United States Code, and the declaratory judgment provisions of Title 28 of the United States Code, Sections 2201 and 2202.

5.  The allegations in Paragraph 5 of the Counterclaims are legal conclusions and do not require a responsive pleading. To the extent a response is required, Finjan does not dispute that subject matter jurisdiction is proper under 28 U.S.C. § 1331 and 1338(a).

6.  The allegations in Paragraph 6 of the Counterclaims are legal conclusions and do not require a responsive pleading. To the extent a response is required, Finjan does not dispute that personal jurisdiction over Finjan is proper.

7.  The allegations in Paragraph 7 of the Counterclaims are legal conclusions and do not require a responsive pleading. To the extent a response is required, Finjan does not dispute that venue is proper.

## EXISTENCE OF AN ACTUAL CONTROVERSY

8. Finjan admits that there is an actual controversy between Finjan and Aladdin USA regarding the validity and infringement of the '194, '780, and '968 Patents. Finjan denies the remaining allegation that there is an actual controversy over whether the '194, '780, and '968 Patents are unenforceable, as Defendant Aladdin USA has failed to plead a claim for unenforceability.

## COUNT ONE

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

9. Finjan incorporates its answer in paragraphs 1-8 above as if fully set forth herein.

10. Finjan admits the allegations of Paragraph 10 of the Counterclaims.

11. Finjan admits that Finjan asserts that Aladdin USA infringes the '194, '780, and '968 Patents. Finjan also admits that Aladdin USA denies these allegations.

12. Finjan denies the allegations in Paragraph 12 of the Counterclaims.

13. Finjan denies the allegations in Paragraph 13 of the Counterclaims.

## COUNT TWO

## DECLARATORY JUDGMENT OF INVALIDITY

14. Finjan incorporates its answer in paragraphs 1-13 above as if fully set forth herein.

15. Finjan admits the allegations in Paragraph 15 of the Counterclaims.

16. Finjan denies the allegations in Paragraph 16 of the Counterclaims.

17. Finjan denies the allegations in Paragraph 17 of the Counterclaims.

## II. AFFIRMATIVE DEFENSES

For its Affirmative Defenses to Defendant Aladdin USA's Answer, Finjan alleges as follows:

### FIRST AFFIRMATIVE DEFENSE: FAILURE TO STATE A CLAIM

18. Defendant Aladdin USA's counterclaims fail to state a claim on unenforceability grounds upon which relief can be granted.

### PRAYER FOR RELIEF

WHEREFORE, Finjan denies that Defendant Aladdin USA is entitled to any judgment or relief in its favor, including the relief sought in paragraphs a-f of the Prayer for Relief in the Answer and Counterclaims.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA 94065
(650) 590-0700

Dated: August 11, 2008
877876

By: /s/ Philip A. Rovner
   Philip A. Rovner (#3215)
   Hercules Plaza
   P. O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com

   *Attorneys for Plaintiff*
   *Finjan Software, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 11, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jeffrey L. Moyer, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
gaza@rlf.com

I hereby certify that on August 11, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Claude M. Stern, Esq.
Evette D. Pennypacker, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
evettepennypacker@quinnemanuel.com

Joshua Furman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
joshuafurman@quinnemanuel.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com