IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) C. A. No. 08-300-GMS<br>) |
| ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS, LTD., a corporation; and DOES 1 THROUGH 100, | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel hereby moves the admission *pro hac vice* of Mark D. Baker to represent Defendants in this matter.

OF COUNSEL:
Claude M. Stern
Evette D. Pennypacker
Quinn, Emanuel, Urquhart, Oliver
　　& Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801- 5000

Joshua Furman
Quinn, Emanuel, Urquhart, Oliver
　　& Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Dated: August 14, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants*

RLF1-3312357-1

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____        _____
                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _Mark Baker_

Date: _8/12/08_

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899

I hereby certify that on August 14, 2008, I sent by Federal Express and electronic mail the foregoing document to the following non-registered participants:

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA  94065

Anne Shea Gaza (#4093)
gaza@rlf.com