IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ALADDIN KNOWLEDGE SYSTEMS, INC., a corporation; ALADDIN KNOWLEDGE SYSTEMS LTD., a corporation and DOES 1 THROUGH 100,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. 08-300-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Paul J. André, Esq., Lisa Kobialka, Esq., Rowena Young, Esq. and James Hannah, Esq., King & Spalding, 1000 Bridge Parkway, Suite 100, Redwood City, CA 94065 to represent plaintiff Finjan Software, Ltd. in this matter.

               POTTER ANDERSON & CORROON LLP

               By: /s/ Philip A. Rovner
                 Philip A. Rovner (#3215)
                 Hercules Plaza
                 P. O. Box 951
                 Wilmington, DE 19899

Dated: September 5, 2008       provner@potteranderson.com
                 (302) 984-6000

               *Attorneys for Plaintiff*
               *Finjan Software, Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____                    _____
                                                   United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:

Paul J. André
King & Spalding
1000 Bridge Parkway
Suite 100
Redwood City, CA 94065
(650) 590-0700
pandre@kslaw.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/20/08

Lisa Kobialka
King & Spalding
1000 Bridge Parkway
Suite 100
Redwood City, CA 94065
(650) 590-0700
lkobialka@kslaw.com

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

   ☐ has been paid to the Clerk of the Court; or

   ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/20/2008

Rowena Young
King & Spalding
1000 Bridge Parkway
Suite 100
Redwood City, CA 94065
(650) 590-0700
rowenayoung@kslaw.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/20/08

James Hannah
King & Spalding
1000 Bridge Parkway
Suite 100
Redwood City, CA 94065
(650) 590-0700
jhannah@kslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 5, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jeffrey L. Moyer, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
gaza@rlf.com

I hereby certify that on September 5, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Claude M. Stern, Esq.
Evette D. Pennypacker, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
evettepennypacker@quinnemanuel.com

Joshua Furman, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
joshuafurman@quinnemanuel.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com